JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
STEWART BRUMBELOE, ESQ.
Nevada Bar No. 16813
**JACKSON LEWIS, P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: stewart.brumbeloe@jacksonlewis.com

*Attorneys for Defendants*
*MadetoOrder, Inc. and Red Promotions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARRIN STEPHENS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MADE TO ORDER, INC.; and RED PROMOTIONS, INC.,<br><br>Defendants. | Case No.: 2:25-cv-02246-RFB-~~EJY~~ NJK<br><br><br>**DEFENDANTS MADE TO ORDER, INC. AND RED PROMOTIONS, INC.'S SUBSTITUTION OF COUNSEL** |

Pursuant to LR IA 11-6(c), Defendants MADETOORDER, INC. (erroneously sued as Made to Order, Inc.) and RED PROMOTIONS, INC. (a former Washington state entity merged with Defendant MadetoOrder, Inc.) hereby substitute Joshua A. Sliker, Esq., and Stewart Brumbeloe, Esq. of Jackson Lewis P.C., 300 S. Fourth Street, Suite 900, Las Vegas, Nevada 89101, as their attorneys of record in the above captioned matter, in the place of Richard Haskin, Esq., Nevada Bar No. 11592, Gibbs Giden Locher Turner Senet & Wittbrodt, LLP, 7251 W. Lake Mead Blvd., Suite 450, Las Vegas, Nevada 89128.

Dated: 05/18/2026 _____

*Denise L. Mitchell*

Denise Mitchell
Chief Operations Officer
As a representative of MadetoOrder, Inc. and
Red Promotions, Inc.

1

Richard Haskin, Esq., Gibbs Giden Locher Turner Senet & Wittbrodt, LLP, agrees and consents to the substitution of and Stewart Brumbeloe, Esq. of Jackson Lewis P.C., as counsel for Defendants MadetoOrder, Inc. and Red Promotions, Inc. in the above-referenced matter.

Dated: May 27, 2026

RICHARD HASKIN, ESQ.
Nevada Bar No. 11592
GIBBS GIDEN LOCHER TURNER SENET &
WITTBRODT, LLP
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, Nevada 89128

Joshua A. Sliker of Jackson Lewis P.C. is admitted to practice law in the State of Nevada, is in good standing, and hereby accepts substitution as counsel for Defendants MadetoOrder, Inc. and Red Promotions, Inc. in the above-mentioned matter.

Dated: 05/27/2026

JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
JACKSON LEWIS P.C.
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

Stewart Brumbeloe of Jackson Lewis P.C. is admitted to practice law in the State of Nevada, is in good standing, and hereby accepts substitution as counsel for Defendants MadetoOrder, Inc. and Red Promotions, Inc. in the above-mentioned matter.

Dated: 05/27/2026

*Stewart Brumbeloe*
Stewart Brumbeloe (May 27, 2026 14:21:25 PDT)

STEWART BRUMBELOE, ESQ.
Nevada Bar No. 16813
JACKSON LEWIS P.C.
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

IT IS SO ORDERED.
Dated:  May 28, 2026

Nancy J. Koppe
United States Magistrate Judge

2